IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARGARET A. WILEY,<br><br>Plaintiff,<br><br>vs.<br><br>HIGH LIFE PACIFIC, LLC,<br><br>Defendant. | **8:24CV109**<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

This case is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice. Filing 60. The parties stipulate to the dismissal of this matter with prejudice with each party to pay its own costs and attorney fees. Filing 60 at 1. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for Dismissal With Prejudice. Filing 60. is accepted, and this matter is dismissed with prejudice and with each party to pay its own costs and attorney fees.

The Clerk of Court shall close the case.

Dated this 29th day of September, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge